IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SHAUN W. VANOVER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: **CV221-075** |
| | ) | |
| v. | ) | Superior Court of Glynn County: |
| | ) | Civil Action File No.: CE21-00861 |
| FEDERAL LAW ENFORMCENT | ) | Judge Kelley |
| TRAINING CENTER (FLETC), | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

The United States of America, by and through the Acting United States Attorney for the Southern District of Georgia, respectfully petitions the Court as follows:

1. On July 29, 2021, a complaint was filed against Federal Law Enforcement Training Center ("FLETC") in the Superior Court of Glynn County, State of Georgia, by Shaun W. Vanover (Civil Action No. CE21-00861). A copy of the Sheriff's Entry of Service, Summons and Complaint are attached hereto as Exhibit A.[1] No further substantive documents have been filed in this matter. Administrative documents and notices of standing orders that are included with all civil cases filed in Glynn County, Georgia, can be provided to this Court, if necessary.

2. FLETC is the named Defendant

3. David H. Estes, the Acting United States Attorney for the Southern District of

---

[1] The undersigned is making a special appearance. The United States has not been properly served in this lawsuit and specifically does not waive improper service or any other defense.

Georgia has certified that the Defendant is a Government Agency where the alleged incident occurred out of which the claim arose, attached hereto as Exhibit B.

4. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1441(a), 1441(c), 1442(a)(1); 28 U.S.C. § 1446; and 28 U.S.C. § 2679(d)(2) ("Upon certification by the Attorney General that the Defendant is a government agency where the incident occurred out of which the claim arose, any civil action or proceeding commenced upon such claim in a state court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending.").

5. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal is being provided to all adverse parties, and a copy of this Notice of Removal (without exhibits) is being filed with the Superior Court of Glynn County.

6. Defendant reserves all affirmative defenses until such time that an Answer is due in this action.

WHEREFORE, this action now pending in the Superior Court of Glynn County, Georgia, is properly removed therefrom to this Honorable Court, pursuant to the provisions of 28 U.S.C. §§ 1441(a), 1441(c), 1442(a)(1), 1446, and § 2679(d)(2).

*[signature on following page]*

This the 12th day of August, 2021.

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Shannon H. Statkus*
Shannon H. Statkus
Assistant United States Attorney
South Carolina Bar No. 70410
Post Office Box 2017
Augusta, Georgia  30903
Telephone:  (706) 724-0517

# CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of August, 2021 served all interested parties to this action with a copy of Notice, by depositing a copy of same in the United States Mail, in properly addressed envelope with adequate postage affixed thereon to:

Shaun W. Vanover
20 Cresson Avenue
New Castle, DE  19720

                                          DAVID H. ESTES
                                          ACTING UNITED STATES ATTORNEY

                                          */s/ Shannon H. Statkus*
                                          Shannon H. Statkus
                                          Assistant United States Attorney