AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SHAUN W. VANOVER,

    Plaintiff,

            v.

FEDERAL LAW ENFORCEMENT TRAINING CENTER (FLETC),

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV221-75

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of the Court dated December 17, 2021, Defendant's Motion to Dismiss is granted, and judgment is hereby entered dismissing this action without prejudice to Plaintiff's right to satisfy the FTCA requirements and re-file. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 20, 2021
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020