# In the United States District Court for the Southern District of Georgia Brunswick Division

SHAUN W. VANOVER,

    Plaintiff,

    v.

FEDERAL LAW ENFORCEMENT
TRAINING CENTER (FLETC),

    Defendant.

CV 2:21-75

## ORDER

Before the Court is Defendant Federal Law Enforcement Training Center's motion to strike Plaintiff Shaun Vanover's amended complaint. Dkt. No. 22. The motion is **GRANTED**.

On December 17, 2021, the Court granted Defendant's motion to dismiss Plaintiff's complaint, dismissing the case without prejudice to Plaintiff's right to re-file after he complied with the FTCA's lawsuit requirements. See Dkt. No. 12. A judgment dismissing the case was entered on December 20, 2021, closing the case. Dkt. No. 13.

Plaintiff has since made efforts to reopen this case, having filed two motions to reopen. Dkt. Nos. 14, 17. The Court denied both motions but gave Plaintiff an opportunity to re-urge his motion once he filed a more definite statement of his claims. See Dkt. Nos. 15, 19. Plaintiff filed an amended complaint on February

5, 2024.  Dkt. No. 21.  The amended complaint was not accompanied by a motion.  Plaintiff did not serve Defendant or the U.S. Attorney's Office with the amended complaint.  Dkt. No. 22 at 3. Now, Defendant moves to strike Plaintiff's amended complaint.  <u>Id.</u>

Though Plaintiff filed an amended complaint, he failed to renew his motion to reopen this case.  Specifically, Plaintiff filed neither a motion to alter judgment, <u>see</u> Federal Rule of Civil Procedure 59, nor a motion for relief from judgment, <u>see</u> Federal Rule of Civil Procedure 60.  Plaintiff's amended complaint is essentially hanging out in the ether, with no legal authority to support its reopening of this litigation.

"While it is true pro se pleadings are held to a less strict standard than counseled pleadings and are liberally construed, pro se litigants are still required to conform to procedural rules." <u>Kendrick v. Sec'y, Fla. Dep't of Corr.</u>, No. 21-12686, 2022 WL 2388425, at *3 (11th Cir. July 1, 2022).  Because Plaintiff has provided no legal authority to support the reopening of this litigation, Defendant's motion to strike Plaintiff's amended complaint, dkt. no. 22, is **GRANTED**.  Should Plaintiff wish to pursue the claims contained within his amended complaint, he must file a new civil action and comply with both the FTCA lawsuit requirements and the Federal Rules of Civil Procedure governing service of process.  Additionally, the complaint in the new civil action must state a claim for which relief can be granted and must

2

comport with the pleading requirements contained in Federal Rules of Civil Procedure 8 and 10.   Although Plaintiff's response to Defendants' motion to strike expresses frustration with "little deficiencies in paperwork," dkt. no. 23 at 2, all litigants are required to comply with these basic rules.

    **SO ORDERED**, this 16 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA